UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD GIBSON and RACHEL GIBSON,

                Plaintiffs,

-against-

HANOVER INSURANCE COMPANY.,

                Defendant.

**ORDER**

24-CV-05159 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On July 8, 2024, Defendant removed this action from the Supreme Court of the State of New York, County of Westchester. On July 25, 2024, the Court directed Defendant to, by August 1, 2024, file via ECF a copy of the Verified Answer referenced in the Index of Filed/Served State Court Documents. (Doc. 8). Defendant failed to do so. Accordingly, Defendant shall, by **August 14 at 12:00 p.m.**, file a copy of the Verified Answer.

      Moreover, the Court issued a Notice of Initial Conference on July 25, 2024 which scheduled a telephonic initial conference for August 15, 2024. (Doc. 7). As set forth in the Notice of Initial Conference and Rule 2(B) of this Court's Individual Practices, the parties were directed to submit a proposed Civil Case Discovery Plan and Scheduling Order at least one week prior to the August 15, 2024 conference. No proposed scheduling order has been filed to date. Accordingly, the parties shall meet and confer and, by **August 14 at 12:00 p.m.**, submit a proposed Civil Case Discovery Plan and Scheduling Order.

SO ORDERED.

Dated: White Plains, New York
       August 12, 2024

                                                _____
                                                Philip M. Halpern
                                                United States District Judge