UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDWARD GIBSON and RACHEL GIBSON,

                            Plaintiffs,                  **SCHEDULING ORDER**

          -against-                                     24 Civ. 5159 (JCM)

HANOVER INSURANCE COMPANY,

                            Defendant.
------------------------------------------------------------X

       This matter has been referred to the undersigned for all purposes in accordance with 28 U.S.C. § 636(c). Accordingly, the Court will hold an Initial Conference, pursuant to Fed. R. Civ. P. 16, on September 16, 2024 at 10:00 a.m. in Courtroom 421.

       At the conference, the Court will request from each party a brief oral statement reporting the status of the case, setting forth the factual and legal bases for the claims or defenses and outlining the nature of the dispute(s) to be adjudicated. Subject matter jurisdiction will be considered, as well as any other issue which may be relevant to case management.

       The parties shall meet and confer prior to the Initial Conference to develop a proposed discovery plan. Upon agreement, the parties shall fill out the attached Civil Case Discovery Plan and Scheduling Order, and e-mail the completed form to McCarthy_NYSDChambers@nysd.uscourts.gov prior to the scheduled conference. In the absence of an agreement, the Court will implement its own discovery plan after hearing from counsel.

Dated:  August 16, 2024
          White Plains, New York

                                                          **SO ORDERED:**

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                                          Plaintiff(s),      **CIVIL CASE DISCOVERY PLAN**
                                                              **AND SCHEDULING ORDER**

     -against-

                                                                    Case No. _____

                                          Defendant(s).
------------------------------------------------------------X

       The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case (is / is not) to be tried to a jury.

2. Joinder of additional parties must be accomplished by _____.

3. Amended pleadings may be filed until _____.

4. Interrogatories are to be served by all counsel no later than _____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall / shall not) apply to this case.

5. First request for production of documents shall be completed by _____.

6. Non-expert depositions shall be completed by _____.

   a. Unless counsel agree otherwise or the Court "So Orders," depositions shall not be held until all parties have responded to any first requests for production of documents.
   b. Depositions shall proceed concurrently.
   c. Whenever possible, unless counsel agree otherwise or the Court "So Orders," non-party depositions shall follow party depositions.

7. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

8. Requests to admit, if any, shall be served no later than _____.

9. Expert reports shall be served no later than _____.

10. Rebuttal expert reports shall be served no later than _____.

11. Expert depositions shall be completed by _____.

12. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

13. Additional provisions agreed upon by counsel (are /are not) attached hereto and made a part hereof.

14. Any motions shall be filed in accordance with the Court's Individual Practices.

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

16. The next case management conference is scheduled for _____.

Dated: _____
White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge